IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLOS A. KAMBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-16-1081-D |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

Petitioner, a federal prisoner appearing *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking credit under 18 U.S.C. § 3585(b) for days detained in state jail on federal charges and also under a detainer posted by the United States Immigration and Customs Enforcement. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C). On November 22, 2016, the magistrate judge filed a Report and Recommendation [Doc. No. 13] in which he recommended that the Petition be denied as moot.

In the Report and Recommendation, the magistrate judge also advised the parties of their right to file objections to the Report and Recommendation by December 12, 2016, and cautioned them that failure to timely object would constitute a waiver of their right to appellate review of the factual findings and legal conclusions contained therein. To date, neither party has filed an objection or sought an extension of time in which to do so. Therefore, the Report and Recommendation is adopted as though fully set forth herein.

IT IS SO ORDERED this 22ⁿᵈ day of December, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE